March 11, 2011

Mr. C. Charles Dippel
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, TX 77002
Mr. Bill W. Russell
Bill W. Russell, P.C.
P.O. Box 4848
Victoria, TX 77903

RE: Case Number: 09-0396
 Court of Appeals Number: 14-07-00225-CV
 Trial Court Number: 840243

Style: REID ROAD MUNICIPAL UTILITY DISTRICT NO. 2
 v.
 SPEEDY STOP FOOD STORES, LTD.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. (Justice
Guzman not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Beverly Kaufman|
| | |
| |Mr. Christopher A. |
| |Prine |